FILED'06 FEB 21 10:37USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RANDY HAUTH, | ) | |
| | ) | Civil No. 06-196-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Defendant's Unopposed Motion to Dismiss for Lack of Subject Matter Jurisdiction (#4) is GRANTED and this action is DISMISSED without prejudice.

Dated this 17th day of February, 2006.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge